PER CURIAM.
Affirmed. M/S Bremen v. Zapata Offshore Co., 407 U.S. 1, 92 S.Ct. 1907, 32 L.Ed.2d 513 (1972); Butler Prods. Co. v. Unitrust Corp., 367 F.2d 733 (7th Cir.1966) (where the scope of an arbitration agreement is debatable or in doubt its construction should go to the arbitrator); Tac Travel Am. Corp. v. World Airways, Inc., 443 F.Supp. 825 (S.D.N.Y.1978); Manrique v. Fabbri, 493 So.2d 437 (Fla.1986); Security Management Corp. v. Hartford Fire Ins. Co., 641 So.2d 184, 185 (Fla. 3d DCA 1994); Hunter v. Tartan Constr. Co., 522 So.2d 77 (Fla. 4th DCA 1988); Maritime Ltd. Partnership v. Greenman Advertising Assoc., 455 So.2d 1121 (Fla. 4th DCA 1984); Skinner v. Haugseth, 426 So.2d 1127 (Fla. 2d DCA 1983); Gateway Cable T.V., Inc. v. Vikoa Constr. Corp., 253 So.2d 461 (Fla. 1st DCA 1971).